1  McNICHOLAS & McNICHOLAS LLP
   Matthew S. McNicholas (State Bar No. 190249)                    JS-6
2  msm@mcnicholaslaw.com
3  Cameron Fredman (State Bar No. 256034)
   cpf@mcnicholaslaw.com
4  10866 Wilshire Boulevard, Suite 1400
5  Los Angeles, CA 90024-4338
   Tel:  (310) 474-1582
6  Fax:  (310) 475-7871
7
   Attorneys for Plaintiff
8  *Richard Romney*
9
                    **UNITED STATES DISTRICT COURT**
10
                    **CENTRAL DISTRICT OF CALIFORNIA**
11

| 12 | RICHARD ROMNEY, | Case No.: CV 09-3048-VBF (PLAx) |
|----|---|---|
| 13 | Plaintiff, | **[PROPOSED]** **FIRST AMENDED** |
| 14 |  | **JUDGMENT RE: RICHARD** |
| 15 | v. | **ROMNEY AFTER TRIAL BY JURY** |
| 16 | CHIEF WILLIAM BRATTON, | Hon. Valerie Baker Fairbank |
| 17 | COMMANDER STUART MAISLIN, CAPTAIN KELLY |  |
| 18 | MULLDORFER, SERGEANT KINARD MOFFATT, CITY OF |  |
| 19 | LOS ANGELES, LOS ANGELES |  |
| 20 | POLICE DEPARTMENT, AND DOES 1 THROUGH 100, |  |
| 21 | INCLUSIVE, |  |
| 22 | Defendants. |  |

(Note: "PROPOSED" is shown with strikethrough)

## MEMORANDUM OF POINTS AND AUTHORITIES

This action came on regularly for trial on October 20, 2010, in Courtroom 9 of the United States District Court, Central District of California, Central Division, the Honorable Valerie Baker Fairbank, Judge Presiding; the Plaintiff Richard, appearing by attorneys Matthew McNicholas, Esq., and Cameron Fredman, Esq., the Defendants, Chief William Bratton, Commander Stuart Maislin, Captain Kelly Mulldorfer, City of Los Angeles, Los Angeles Police Department, appearing by attorneys Daniel Aguilera, Esq., and Douglas Lyon, Esq.  During the trial, Plaintiffs dismissed the individual Defendants Chief William Bratton, Commander Stuart Maislin, and Captain Kelly Mulldorfer.

A jury of 8 persons was regularly impaneled and sworn on October 22. Witnesses were sworn and testified. After hearing the evidence and arguments of counsel, the jury was duly instructed by the Court, and the cause was submitted to the jury with directions to return a verdict. The jury deliberated and thereafter returned to the court with its unanimous verdict consisting of the issues submitted to the jury and the answers given thereto by the jury, which said in words and figures as follows, to-wit:

We, the jury in the above-entitled action answer the following questions:

1. Did Richard Romney engage in protected activity under the Fair Labor Standards Act?

   __X__ Yes          _____ No

   If your answer to question 1 is yes, then answer question 2.  If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

2. Was Richard Romney's protected activity a motivating factor for the decision to discharge Richard Romney?

OR

Was Richard Romney's protected activity a motivating factor for the Defendant to engage in conduct that, taken as a whole, materially and adversely affected the terms and conditions of Richard Romney's employment?

   __X__ Yes           _____ No

If your answer to question 2 is yes, then answer question 3.  If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

3.    Was the Defendant's conduct a substantial factor in causing harm to Richard Romney?

   __X__ Yes           _____ No

If your answer to question 3 is yes, then answer question 4.  If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

4. What are Richard Romney's damages?

    a.    Past economic loss

| | |
|---|---|
| Lost earnings & benefits | $ 94,133 |
| Medical expenses | $ 0 |
| Other past economic loss | $ 6,611 |
| Total Past Economic Damages (subtotal): | $ 100,744 |

    b.    Future economic loss

Lost earnings & benefits

| | |
|---|---|
| Total Future Economic Damages: | $ 1,055,201 |

    c.    Past noneconomic loss, including physical pain/mental suffering:     $ 1,422,000

    d.    Future noneconomic loss, including physical pain/mental suffering:     $ 1,422,000

**TOTAL**     **$ 3,999,945**

//

//

//

//

By reason of the jury's special verdict and the rulings of the Court, Plaintiff Richard Romney is entitled to Judgment against Defendants City of Los Angeles and Los Angeles Police Department.

Now therefore, it is **ORDERED, ADJUDGED AND DECREED** that Plaintiff Richard Romney shall have and recover $3,999,945 jointly and severally from Defendants City of Los Angeles and Los Angeles Police Department.

Further Plaintiffs shall recover reasonable attorneys' fees and costs in accordance with FRCP Rule 54 and Local Rule 54, as well as 29 U.S.C. § 216(b), to the extent that entitlement to said attorneys' fees and costs is proven to the Court, and liquidated damages as defined under 29 U.S.C. § 216(b), to the extent that entitlement to said damages is proven to the Court, and that this judgment shall be amended to reflect such awards.

Dated: November 8, 2010

*Valerie Baker Fairbank*
**HONORABLE VALERIE BAKER FAIRBANK**
**UNITED STATES DISTRICT COURT JUDGE**